UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY WAWRZYNIAK,

            Defendant.

**DECISION AND ORDER**
**12-CR-293S**

    1.    On June 11, 2013, the Defendant entered into a written plea agreement (Docket No. 40) and pled guilty to Count 1 of Indictment (Docket No. 19) charging a violation of Title 18 U.S.C. § 2252A(a)(5)(B), (Possession of Child Pornography).

    2.    On June 11, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 42) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

    3.    This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

    4.    This Court has carefully reviewed *de novo* Judge Foschio's June 11, 2013, Report and Recommendation, the plea agreement, the Indictment, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

    IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's June 11, 2013, Report and Recommendation (Docket No. 42) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Jeffrey Wawryniak, is accepted, and he is now adjudged guilty of Title 18 U.S.C. § 2252A(a)(5)(B).

SO ORDERED.

Dated: July 2, 2013
       Buffalo, New York

       /s/William M. Skretny
       WILLIAM M. SKRETNY
       Chief Judge
       United States District Court